Lawrence G. Townsend (CSB No. 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415/882-3288
Facsimile: 415/882-3299
Email: ltownsend@owe.com

Attorneys for Plaintiff and Counter-Defendant
BLUEBERRY SOFTWARE, INC.

David M. Barkan (CSB No. 160825)
Limin Zheng (CSB No. 226875)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
Email: barkan@fr.com
       zheng@fr.com

Attorneys for Defendant
COREL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUEBERRY SOFTWARE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COREL CORPORATION, a Canada corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | C 04-02626 JSW<br><br>**STIPULATION [& PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiff and Counter-
2  Defendant Blueberry Software Inc. and Defendant and Counterclaimant Corel Corporation dismiss
3  the Complaint and related Counterclaims with prejudice.  The parties shall bear own costs and
4  attorneys' fees.

6  IT IS SO STIPULATED.

8  Dated: __April 25__, 2005                    Dated: __April 25__, 2005

10 _/s/ Limin Zheng                             __/s/ Lawrence G. Townsend

11 Limin Zheng                                  Lawrence G. Townsend
   FISH & RICHARDSON P.C.                       LAW OFFICES OF LAWRENCE G.
12 500 Arguello Street, Suite 500               TOWNSEND
13 Redwood City, CA 94063                       455 Market Street, 19th Floor
                                                San Francisco, California 94105
   Telephone: (650) 839-5070                    Telephone:  415/882-3288
14 Facsimile: (650) 839-5071                    Facsimile:   415/882-3299

15 Attorney for Defendant                       Attorney for Plaintiff
   COREL CORPORATION                            BLUEBERRY SOFTWARE, INC.
16

20 IT IS SO ORDERED.

23 Dated: April 26, 2005                        /s/ Jeffrey S. White
                                                Jeffrey S. White
24                                              United States District Judge

2  STIPULATION [& PROPOSED ORDER] OF DISMISSAL
   WITH PREJUDICE
   C04-02626 JSW